# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **LEONARD BROWN,** | : |
| | : |
| **Petitioner** | : |
| | : |
| v. | :  **5:99-CV-74 (WDO)** |
| **UNITED STATES OF AMERICA,** | :  **5:91-CR-71 (WDO)** |
| | : |
| **Respondent** | : |

## ORDER

The Court having carefully considered the Report and Recommendation to deny Petitioner's motions to modify his term of imprisonment, and the objections filed thereto, ADOPTS the Recommendation. Petitioner's motions are DENIED.

**SO ORDERED this 30th day of May, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**